**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00685-CR

————————————

## IN RE AMIR BEN DAVID, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Amir Ben David, acting pro se, filed a petition for writ of mandamus requesting that this Court compel the trial court to rule on certain pro se motions and requests he claims are pending in the underlying criminal case.[1] We deny the petition.

---

[1] The underlying case is *The State of Texas v. Amir Ben David*, cause number 1957503, pending in the 178th District Court of Harris County, Texas, the Honorable Kelli Johnson presiding.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).